**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

1:08-CV-580
DOC.17
4/28/10

7002 3150 0000 8388 1765

Sent To MAURICE WALKER 445-004
Street, Apt. No.; or PO Box No. CCI, P.O. BOX 5500
City, State, ZIP+4 CHILLICOTHE, OH 45601

PS Form 3800, June 2002          See Reverse for Instructions